IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2007 NOV 21  A 11: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| PATRICK JAMES GRIDER, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO: 3:07 cv 1031- MHT |
| | ) | |
| CITY OF AUBURN, ALABAMA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**CONFLICT DISCLOSURE STATEMENT OF PLAINTIFF
GRIDER, INC., AN ALABAMA CORPORATION
d/b/a THE TAVERN**

Plaintiff Grider, Inc., an Alabama Corporation d/b/a The Tavern (Tavern), files this Conflict Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and this Court's General Order No. 00-3047 and states the following disclosures regarding parent companies, subsidiaries, partners, limited liability entity members, trustees, affiliates, and similar entities:

1.   Plaintiff Grider, Inc. is an Alabama corporation and does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock. Grider, Inc. has no other reportable relationships.

Respectfully submitted the 21st of November, 2007.

                    WHITTELSEY, WHITTELSEY & POOLE, P.C.

                    BY: DAVIS B. WHITTELSEY (WHI067)
                    W. DAVID DAWSON (DAW013)
                    Attorneys for Defendants
                    Post Office Box 106
                    Opelika, Alabama 36803-0106
                    Tel.:  (334) 745-7766
                    Fax:  (334) 745-7666
                    E-mail: dwhittelsey@wwp-law.com
                    E-mail: ddawson@wwp-law.com