IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 NOV 21 A 11: 14
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| PATRICK JAMES GRIDER, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO: 3:07cv1031-MHT |
| ) | |
| CITY OF AUBURN, ALABAMA, et al. ) | |
| ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT OF PLAINTIFF
## THE GRID, INC., AN ALABAMA CORPORATION
## d/b/a THE HIGHLANDS

Plaintiff The Grid, Inc., an Alabama Corporation d/b/a The Tavern (Tavern), files this Conflict Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and this Court's General Order No. 00-3047 and states the following disclosures regarding parent companies, subsidiaries, partners, limited liability entity members, trustees, affiliates, and similar entities:

1.     Plaintiff The Grid, Inc. is an Alabama corporation and does not have a parent corporation,and no publicly held corporation owns 10% or more of its stock.  The Grid, Inc. has no other reportable relationships.

Respectfully submitted the 21st of November, 2007.

                        WHITTELSEY, WHITTELSEY & POOLE, P.C.

                        BY: _____
                            DAVIS B. WHITTELSEY (WHI067)
                            W. DAVID DAWSON (DAW013)
                            Attorneys for Defendants
                            Post Office Box 106
                            Opelika, Alabama 36803-0106
                            Tel.:   (334) 745-7766
                            Fax:   (334) 745-7666
                            E-mail: dwhittelsey@wwp-law.com
                            E-mail: ddawson@wwp-law.com