IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES GRIDER, an individual Alabama resident; DANIEL JOSEPH GRIDER, an individual Alabama resident; THE FOURTH QUARTER, an Alabama corporation; THE GRID, INC., an Alabama corporation; and GRIDER, INC., an Alabama corporation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO: 3:07-cv-1031-MHT<br>) |
| CITY OF AUBURN, ALABAMA, an Alabama Municipal Corporation; WILLIAM HAM, JR., an individual Alabama resident; JAMES TREY NEAL, III, an individual Alabama resident; JASON CROOK; an individual Alabama resident; CHRISTOPHER CARVER, an individual Alabama resident; SLONE MADDOX, an individual Alabama resident; JASON SPARKS, an individual Alabama resident; ANDREW MEEKS, an individual Alabama resident; THOMAS MASSEY, an individual Alabama resident; WILLIAM JAMES, an individual Alabama resident; DOUGLAS WATSON, an individual Alabama resident and CHARLES M. DUGGAN, JR., an individual Alabama resident, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF APPEARANCE AND MOTION FOR ENLARGEMENT

COMES NOW Randall Morgan and herewith enters this notice of appearance as counsel of record for the following named Defendants: **City of Auburn, Alabama; William Ham, Jr.; James Trey Neal, III; Andrew Meeks; Thomas Massey; William James; and**

1

**Charles M. Duggan, Jr.**

These Defendants show unto the Court that all but Ham and Neal were served December 5, 2007. Ham was served December 11, 2007 and Neal, December 12, 2007. These named Defendants request an extension, without waiving any defenses including Rule 12 (b) FRCP, of ten additional business days from the date the response is due for the first served of these Defendants or until January 11, 2008 in which to file responses to the Complaint.

As grounds for this Motion, these named Defendants show unto the Court this is an extremely lengthy and complex Complaint with numerous allegations and causes of action and the alleged time frame of events exceeds, in some cases, the period of time in which some Defendants have been affiliated with the City. These named Defendants submit the additional time is needed in order to enable them to adequately prepare a response to the Complaint. These named Defendants submit the extension is short in nature, will not unduly prejudice Plaintiffs and will not delay the trial of this case which is not yet set.

       /s/ *Randall Morgan*
       RANDALL MORGAN [MOR8350]
       Attorney for the named Defendants

OF COUNSEL:
Hill, Hill, Carter, Franco,
      Cole & Black, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, AL 36101-0116
334-834-7600

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 26th day of December, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Davis B. Whittelsey, Esq.
W. David Dawson, Esq.
P.O. Box 106
Opelika, Alabama 36803-0106


                            /s/ *Randall Morgan*
                            OF COUNSEL