AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Patrick James Grider, et al.

V.

City of Auburn, Alabama, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv 1031-MHT

TO: (Name and address of Defendant)

City of Auburn, Alabama
144 Tichenor Ave., Ste. 1
Auburn, Alabama 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Davis B. Whittelsey
Post Office 106
Opelika, Alabama 36803-0106

an answer to the complaint which is served on you with this summons, within _Twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

11/21/07

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 12/4/07 |
| NAME OF SERVER (PRINT) Jonathan K. Corley | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Defendant's place of employment

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/4/07
         Date

Signature of Server

P.O. Box 106, Opelika, AL 36803
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.