```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


PATRICK JAMES GRIDER, an      )
individual Alabama            )
resident; et al.,             )
                              )
    Plaintiffa,               )
                              )       CIVIL ACTION NO.
    v.                        )         3:07cv1031-MHT
                              )
CITY OF AUBURN, ALABAMA,      )
an Alabama Municipal          )
Corporation; et al.,          )
                              )
    Defendants.               )

                            ORDER

    It is ORDERED that the motion for enlargement of time

(Doc. No. 17) is granted.

    DONE, this the 3rd day of January, 2008.


                         /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE
```