AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

PATRICK JAMES GRIDER, et al.

**SUMMONS IN A CIVIL ACTION**

V.

CITY OF AUBURN, ALABAMA, et al.

CASE NUMBER:

TO: (Name and address of Defendant)

Jerry ~~Jason~~ Sparks
161 North Ross Street
Auburn, Alabama 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Davis B. Whittelsey
Whittelsey, Whittelsey & Poole, P.C.
Post Office Box 106
Opelika, Alabama 36803-0106

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              11/21/07

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]  
DATE: 11/27/07

NAME OF SERVER (PRINT): Jonathan K. Corley  
TITLE: Process Server

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:  
Defendant's place of employment

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/27/2007  
Date

Signature of Server

P.O. Box 106, Opelika, AL 36803  
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.