IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES GRIDER, an individual Alabama resident; DANIEL JOSEPH GRIDER, an individual Alabama resident; THE FOURTH QUARTER, an Alabama corporation; THE GRID, INC., an Alabama corporation; and GRIDER, INC., an Alabama corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF AUBURN, ALABAMA, an Alabama Municipal Corporation; WILLIAM HAM, JR., an individual Alabama resident; JAMES TREY NEAL, III, an individual Alabama resident; JASON CROOK; an individual Alabama resident; CHRISTOPHER CARVER, an individual Alabama resident; SLONE MADDOX, an individual Alabama resident; JASON SPARKS, an individual Alabama resident; ANDREW MEEKS, an individual Alabama resident; THOMAS MASSEY, an individual Alabama resident; WILLIAM JAMES, an individual Alabama resident; DOUGLAS WATSON, an individual Alabama resident and CHARLES M. DUGGAN, JR., an individual Alabama resident,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO: 3:07-cv-1031-MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SECOND MOTION FOR ENLARGEMENT OF TIME

COME NOW the Defendants City of Auburn, Alabama; William Ham, Jr.; James Trey Neal, III; Andrew Meeks; Thomas Massey; William James; and Charles M. Duggan, Jr. and herewith show unto the Court that since they requested and received an enlargement of time in which to file an Answer until January 11th, the Plaintiffs have

1

purportedly served four additional Defendants, that being the Defendant sued as Jason Sparks and also Jason Crooks, Christopher Carver and Slone Maddox. These Defendants will also be represented by the undersigned, who request that he be allowed to respond to the Complaint, without waiving any 12(b) motions, on behalf of all the Defendants, except for Douglas Watson, on or before January 21, 2008. As grounds, the undersigned shows unto the Court this is a complex Complaint with numerous parties, some of which have only recently been served, and numerous legal issues and that it would be in the best interest of the parties and Court for the responses to be filed simultaneously rather than piecemeal. The undersigned has spoken with the attorney for the Plaintiffs and he has no objection to this Second Motion for Enlargement to allow responses on behalf of all Defendants except for Douglas Watson to be filed by January 21, 2008.

WHEREFORE, these premises prayed, the Defendants request this Court to enlarge the time for responses until January 21, 2008.

/s/ *Randall Morgan*
RANDALL MORGAN [MOR8350]
Attorney for named Defendants

OF COUNSEL:
Hill, Hill, Carter, Franco,
    Cole & Black, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, AL 36101-0116
334-834-7600

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 11th day of January, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Davis B. Whittelsey, Esq.
W. David Dawson, Esq.
P.O. Box 106
Opelika, Alabama 36803-0106


                                          /s/ *Randall Morgan*
                                          OF COUNSEL