IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
PATRICK JAMES GRIDER, an       )
individual Alabama             )
resident; et al.,              )
                               )
    Plaintiffs,                )
                               )     CIVIL ACTION NO.
    v.                         )       3:07cv1031-MHT
                               )
CITY OF AUBURN, ALABAMA,       )
an Alabama Municipal           )
Corporation; et al.,           )
                               )
    Defendants.                )
```

### ORDER

It is ORDERED that the second motion for enlargement of time (Doc. No. 27) is granted.

DONE, this the 14th day of January, 2008.

          /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE