AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

PATRICK JAMES GRIDER, et al.

**SUMMONS IN A CIVIL ACTION**

V.

CITY OF AUBURN, ALABAMA, et al.

CASE NUMBER: 3:07cv 1031-MHT

TO: (Name and address of Defendant)

Slone Maddox
161 North Ross Street
Auburn, Alabama 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Davis B. Whittelsey
Whittelsey, Whittelsey & Poole, P.C.
Post Office Box 106
Opelika, Alabama 36803-0106

an answer to the complaint which is served on you with this summons, within ____Twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    11·21·07

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  1-10-08 |
| NAME OF SERVER (PRINT)  LAMAR WATSON | TITLE  cps |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-10-08
                    Date

Signature of Server: *Lamar Watson*

Address of Server: 2605 Alpha Dr P.C AL 36867

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.