IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES GRIDER, et al. ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:07CV1031-MHT |
| ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF AUBURN, ALABAMA, et al. ) | |
| ) | |
| Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**
**OF PLAINTIFF DANIEL GRIDER**

COMES NOW Daniel Grider, a Plaintiff in the above captioned matter, and in accordance with the Order of this Court, and makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, trustees, affiliates, and similar entities reportable under provisions of FED. R. CIV. P. 7.1 and this Court's General Order No. 00–3047:

1. This party is an individual.

Respectfully submitted this the 21st day of January, 2008.

WHITTELSEY, WHITTELSEY & POOLE, P.C.

_____/s/Davis B. Whittelsey
BY:   DAVIS B. WHITTELSEY (WHI067)
       Attorneys for Defendants:
       Post Office Box 106
       Opelika, Alabama 36803-0106
       Tel.:   (334) 745-7766
       Fax:   (334) 745-7666
       E-mail: dwhittelsey@wwp-law.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that I have served a copy of the foregoing document on the parties listed below electronically or by placing a copy of the same in the United States mail, postage prepaid, to their correct address on this the 21st day of January, 2008.

Randall Morgan
HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
425 South Perry Street
Montgomery, Alabama 36104
Tel.:   (334) 834-7600
Fax:   (334) 263-5969

                                              s/ Davis B. Whittelsey
                                              DAVIS B. WHITTELSEY