IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES GRIDER, et al. ) | |
| ) | |
| Plaintiffs,       ) | Case No. 3:07CV1031-MHT |
| ) | |
| v.                   ) | |
| ) | |
| CITY OF AUBURN, ALABAMA, et al. ) | |
| ) | |
| Defendants.    ) | |

**CONFLICT DISCLOSURE STATEMENT**
**OF PLAINTIFF DANIEL GRIDER**

COMES NOW Patrick Grider, a Plaintiff in the above captioned matter, and in accordance with the Order of this Court, and makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, trustees, affiliates, and similar entities reportable under provisions of FED. R. CIV. P. 7.1 and this Court's General Order No. 00–3047:

1. This party is an individual.

Respectfully submitted this the 21st day of January, 2008.

                                          WHITTELSEY, WHITTELSEY & POOLE, P.C.

                                          _____/s/Davis B. Whittelsey
                                  BY:   DAVIS B. WHITTELSEY (WHI067)
                                          Attorneys for Defendants:
                                          Post Office Box 106
                                          Opelika, Alabama 36803-0106
                                          Tel.:   (334) 745-7766
                                          Fax:   (334) 745-7666
                                          E-mail: dwhittelsey@wwp-law.com

## CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the foregoing document on the parties listed below electronically or by placing a copy of the same in the United States mail, postage prepaid, to their correct address on this the 21st day of January, 2008.

Randall Morgan  
HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.  
425 South Perry Street  
Montgomery, Alabama 36104  
Tel.:   (334) 834-7600  
Fax:   (334) 263-5969  

                                        s/ Davis B. Whittelsey  
                                        DAVIS B. WHITTELSEY