IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PATRICK JAMES GRIDER, an individual      )
Alabama resident; DANIEL JOSEPH          )
GRIDER, an individual Alabama resident;  )
THE FOURTH QUARTER, an Alabama           )
corporation; THE GRID, INC., an Alabama  )
corporation; and GRIDER, INC., an        )
Alabama corporation,                     )
                                         )
Plaintiffs,                              )
                                         )
v.                                       ) CASE NO: 3:07-cv-1031-MHT
                                         )
CITY OF AUBURN, ALABAMA, an Alabama      )
Municipal Corporation; WILLIAM HAM, JR., )
an individual Alabama resident; JAMES    )
TREY NEAL, III, an individual Alabama    )
resident; JASON CROOK; an individual     )
Alabama resident; CHRISTOPHER CARVER,    )
an individual Alabama resident; SLONE    )
MADDOX, an individual Alabama resident;  )
JASON SPARKS, an individual Alabama      )
resident; ANDREW MEEKS, an individual    )
Alabama resident; THOMAS MASSEY, an      )
individual Alabama resident; WILLIAM     )
JAMES, an individual Alabama resident;   )
DOUGLAS WATSON, an individual Alabama    )
resident and CHARLES M. DUGGAN, JR.,     )
an individual Alabama resident,          )
                                         )
Defendants.                              )

## DEFENDANTS  JAMES TREY NEAL, III, JASON CROOK, CHRISTOPHER CARVER, SLONE MADDOX AND THE DEFENDANT SUED AS JASON SPARKS ANSWER TO PLAINTIFFS' COMPLAINT

COMES NOW the Defendants **James Trey Neal, III, Jason Crook, Christopher Carver, Slone Maddox and the Defendant sued as Jason Sparks** and herewith give

answer as follows:

1

## I.  Introduction

1.      These Defendants deny the allegations of paragraph 1.

## II.  Jurisdiction and Venue

2.      These Defendants deny this Court has jurisdiction and deny the allegations of paragraph 2.

3.      These Defendants  deny this Court has and/or should exercise jurisdiction over  any pendant claims and deny the allegations of paragraph 3.

4.      These Defendants admit venue is proper and deny any wrongdoing but otherwise deny the allegations of paragraph 4.

## III.   Parties

5.      These Defendants have insufficient information upon which to properly respond and, therefore, deny the allegations of paragraph 5.

6.      These Defendants have insufficient information upon which to properly respond and, therefore, deny the allegations of paragraph 6.

7.      These Defendants have insufficient information upon which to properly respond and, therefore, deny the allegations of paragraph 7.

8.      These Defendants have insufficient information upon which to properly respond and, therefore, deny the allegations of paragraph 8.

9.      These Defendants admit the allegations of paragraph 9.

10.      These Defendants  admit that William Ham, Jr. is an adult individual resident over the age of nineteen (19) years and currently serves as Mayor of the City of Auburn, Alabama; otherwise, these Defendants deny the allegations of paragraph 10.

11.    These Defendants admit that James Trey Neal, III is an adult individual, Alabama resident over the age of nineteen (19), who is employed by the City of Auburn as a police officer; otherwise, Defendant deny the remaining allegations of paragraph 11.

12.    These Defendants admit that Jason Crook is an adult individual, Alabama resident over the age of nineteen (19), who is employed by the City of Auburn as a police officer; otherwise, Defendant deny the remaining allegations of paragraph 12.

13.    These Defendants admit that Christopher Carver is an adult individual, Alabama resident over the age of nineteen (19), who is employed by the City of Auburn as a police officer; otherwise, Defendant deny the remaining allegations of paragraph 13.

14.    These Defendants  admit that Slone Maddox is an adult individual,  Alabama resident over the age of nineteen (19), who is employed by the City of Auburn as a police officer; otherwise, Defendant deny the remaining allegations of paragraph 14.

15.    These Defendants deny the allegations of paragraph 15.

16.    These Defendants admit the allegations of paragraph 16.

17.    These Defendants admit that Thomas Massey is an individual resident over the age of nineteen (19) and was employed as a Fire Inspector/Codes Enforcement Officer for the City of Auburn; otherwise, it deny the remaining allegations of paragraph 17.

18.    These Defendants admit the allegations of paragraph 18.

19.    These Defendants admit the allegations of paragraph 19.

20.    These Defendants deny the allegations of paragraph 20.

21.    These Defendants deny the allegations of paragraph 21.

### IV.  Summary of Facts

22.    These Defendants repeat, reallege, and incorporate by reference their

3

responses to paragraphs 1-21; otherwise, Defendants deny the allegations of paragraph 22.

23-68.        These Defendants deny the allegations of paragraphs 23-68.

69.    These Defendants admit that Pat Grider was charged with attempting to bribe an Auburn police officer; otherwise, these Defendants deny the allegations of paragraph 69.

70-95.        These Defendants deny the allegations of paragraphs 70-95.

**COUNT I:**
**VIOLATION OF 42 U.S.C. A. §1983**

96.    These Defendants repeat, reallege, and incorporate by reference their responses in paragraphs 1-95 as if set out in full herein.

97.    These Defendants  deny the allegations of paragraph 97.

98.    These Defendants  deny the allegations of paragraph 98.

99.    These Defendants  deny the allegations of paragraph 99.

These Defendants  deny Plaintiffs are entitled to any relief.

**COUNT II:**
**VIOLATION OF 42 U.S.C.A. §1985**

100.    These Defendants repeat, reallege, and incorporate by reference their responses in paragraphs 1-99 as if set out in full herein.

101.    These Defendants  deny the allegations of paragraph 101.

These Defendants  deny Plaintiffs are entitled to any relief.

**COUNT III**
**MALICIOUS PROSECUTION**

102.    These Defendants repeat, reallege, and incorporate by reference their

4

responses in paragraphs 1-101 as if set out in full herein.

103.    These Defendants deny the allegations of paragraph 103.

104.    These Defendants deny the individual Defendants have engaged in any wrongdoing and deny Plaintiffs are entitled to any damages, including punitive damages and otherwise deny the allegations of paragraph 104.

These Defendants deny Plaintiffs are entitled to any relief.

## COUNT IV:
## ABUSE OF PROCESS

105.    These Defendants repeat, reallege, and incorporate by reference their responses in paragraphs 1-104 as if set out in full herein.

106.    These Defendants deny the allegations of paragraph 106.

107.    These Defendants deny the allegations of paragraph 107.

108.    These Defendants deny the allegations of paragraph 108.

109.    These Defendants deny the allegations of paragraph 109.

110.    These Defendants deny the individual Defendants have engaged in any wrongdoing and deny Plaintiffs are entitled to any damages, including punitive damages and otherwise deny the allegations of paragraph 110.

These Defendants deny Plaintiffs are entitled to any relief.

## COUNT V:
## FALSE ARREST AND IMPRISONMENT

111.    These Defendants repeat, reallege, and incorporate by reference their responses in paragraphs 1-110 as if set out in full herein.

112.    These Defendants deny the allegations of paragraph 112.

5

113.    These Defendants deny the allegations of paragraph 113.

114.    These Defendants deny the individual Defendants have engaged in any wrongdoing and deny Plaintiffs are entitled to any damages, including punitive damages and otherwise deny the allegations of paragraph 114.

These Defendants deny Plaintiffs are entitled to any relief.


## COUNT VI:
## CONSPIRACY

115.    These Defendants repeat, reallege, and incorporate by reference their responses in paragraphs 1-114 as if set out in full herein.

116.    These Defendants deny the allegations of paragraph 116.

117.    These Defendants deny the allegations of paragraph 117.

118.    These Defendants deny the allegations of paragraph 118.

These Defendants deny Plaintiffs are entitled to any relief.

## COUNT VII:
## WANTONNESS

119.    These Defendants repeat, reallege, and incorporate by reference their responses in paragraphs 1-118 as if set out in full herein.

120.    These Defendants deny the allegations of paragraph 120.

121.    These Defendants deny the allegations of paragraph 121.

122.    These Defendants deny the individual Defendants have engaged in any wrongdoing and deny Plaintiffs are entitled to any damages, including punitive damages and otherwise deny the allegations of paragraph 122.

These Defendants deny Plaintiffs are entitled to any relief.

## COUNT VIII:
## NEGLIGENCE

123.    These Defendants repeat, reallege, and incorporate by reference their responses in paragraphs 1-122 as if set out in full herein.

124.    These Defendants deny the allegations of paragraph 124.

125.    These Defendants deny the allegations of paragraph 125.

These Defendants deny Plaintiffs are entitled any relief.

## COUNT IX:
## DECEIT

126.    These Defendants repeat, reallege, and incorporate by reference their responses in paragraphs 1-125 as if set out in full herein.

127.    These Defendants deny the allegations of paragraph 127.

128.    These Defendants deny the allegations of paragraph 128.

129.    These Defendants deny the allegations of paragraph 129.

130.    These Defendants deny the allegations of paragraph 130.

131.    These Defendants deny the allegations of paragraph 131.

These Defendants deny Plaintiffs are entitled any relief.

## COUNT X:
## FRAUDULENT SUPPRESSION

132.    These Defendants repeat, reallege, and incorporate by reference their responses in paragraphs 1-131 as if set out in full herein.

133.    These Defendants deny the allegations of paragraph 133.

134.    These Defendants deny the allegations of paragraph 134.

135.    These Defendants  deny the allegations of paragraph 135.

136.    These Defendants  deny the allegations of paragraph 136.

These Defendants s deny Plaintiffs are entitled to any relief.

**COUNT XI**
**FRAUDULENT MISREPRESENTATION**

137.    These Defendants repeat, reallege, and incorporate by reference their responses in paragraphs 1-136 as if set out in full herein.

138.    These Defendants  deny the allegations of paragraph 138.

139.    These Defendants  deny the allegations of paragraph 139.

140.    These Defendants  deny the allegations of paragraph 140.

141.    These Defendants  deny the allegations of paragraph 141.

These Defendants  deny Plaintiffs are entitled to any relief.

**COUNT VII:**
**TORTUOUS INTERFERENCE WITH**
**CONTRACTUAL AND BUSINESS RELATIONSHIPS**

142.    These Defendants repeat, reallege, and incorporate by reference their responses in paragraphs 1-141 as if set out in full herein.

143.    These Defendants  deny the allegations of paragraph 143.

144.    These Defendants  deny the allegations of paragraph 144.

145.    These Defendants  deny the allegations of paragraph 145.

146.    These Defendants  deny the allegations of paragraph 146.

147.    These Defendants  deny the allegations of paragraph 147.

148.    These Defendants  deny the individual Defendants have engaged in any wrongdoing and deny Plaintiffs are entitled to any damages, including punitive damages

and otherwise deny the allegations of paragraph 148.

These Defendants  deny Plaintiffs are entitled to any relief.

## COUNT XIII:
## VIOLATION OF AMENDMENTS FIVE
## AND FOURTEEN TO THE UNITED STATES CONSTITUTION; COMPLAINT TO
## DECLARE MUNICIPAL ORDINANCES UNCONSTITUTIONAL AND FOR DAMAGES

149.    These Defendants repeat, reallege, and incorporate by reference their responses in paragraphs 1-148 as if set out in full herein.

150.    These Defendants  deny the allegations of paragraph 150.

151.    These Defendants  deny the allegations of paragraph 151.

152.    These Defendants  deny the allegations of paragraph 152.

153.    These Defendants  deny the allegations of paragraph 153.

154.    These Defendants  deny the allegations of paragraph 154.

155.    These Defendants  deny the allegations of paragraph 155.

156.    These Defendants  deny the allegations of paragraph 156.

These Defendants  deny Plaintiffs are entitled to any relief.

## AFFIRMATIVE DEFENSES

1.    These Defendants  deny all allegations which are not specifically admitted.

2.    These Defendants  deny any and all allegations of wrongdoing.

3.    These Defendants  plead the general issue.

4.    These Defendants  avers the Complaint and each count thereof fail to state a cause of action entitling Plaintiffs to relief.

5.    These Defendants  plead contributory negligence.

6.    These Defendants  plead assumption of the risk.

7.    These Defendants  plead justification.

8.    These Defendants  avers Plaintiffs' own acts or actions caused or contributed to any alleged loss or damage; therefore, Plaintiffs are not entitled to any relief.

9.    These Defendants  deny proximate cause.

10.    These Defendants  deny Plaintiffs are entitled to any damages.

11.    These Defendants  avers Plaintiffs have failed to mitigate any alleged damages.

12.    These Defendants  plead estoppel.

13.    These Defendants  plead waiver.

14.    These Defendants  plead laches.

15.    These Defendants  plead the statute of limitations.

16.    These Defendants  plead probable cause.

17.    These Defendants  plead arguable probable cause.

18.    These Defendants  plead legal justification.

19.    These Defendants  plead provocation.

20.    These Defendants  plead good faith.

21.    These Defendants  plead immunity.

22.    These Defendants  plead qualified immunity.

23.    These Defendants  plead absolute immunity.

24.    These Defendants  plead immunity pursuant to §6-5-338, Code of Alabama (1975 as amended)

25.    These Defendants  plead discretionary function immunity.

10

26.     These Defendants plead substantive immunity.

27.     These Defendants plead immunity pursuant to *Ex parte Cranman*, 792 So. 2d 392 (Ala. 2000).

28.     These Defendants plead the statutory cap applicable to any state law claim against These Defendants .

29.     These Defendants plead release.

30.     These Defendants plead satisfaction and accord.

31.     These Defendants plead privilege.

32.     These Defendants aver Plaintiffs lack standing to assert some or all the alleged claims.

33.     These Defendants aver some or all of Plaintiffs' claims are moot.

34.     These Defendants aver Plaintiffs have not exhausted their administrative remedies.

35.     These Defendants aver any alleged reliance was neither reasonable nor justifiable.

36.     These Defendants aver there exists a reasonable and/or rational reason for all actions.

37.     These Defendants aver all actions were taken on a legitimate, non-discriminatory basis.

38.     These Defendants aver The Grid, Inc. is due to be dismissed in that it alleges no wrongdoing against These Defendants .

/s/ *Randall Morgan*

RANDALL MORGAN [MOR8350]
Attorney for Named Defendants

OF COUNSEL:
Hill, Hill, Carter, Franco,
      Cole & Black, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, AL 36101-0116
334-834-7600

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of January, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Davis B. Whittelsey, Esq.
W. David Dawson, Esq.
P.O. Box 106
Opelika, Alabama 36803-0106

/s/ *Randall Morgan*

OF COUNSEL

12