IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
PATRICK JAMES GRIDER, an      )
individual Alabama            )
resident; et al.,             )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      3:07cv1031-MHT
                              )
CITY OF AUBURN, ALABAMA,      )
an Alabama Municipal          )
Corporation; et al.,          )
                              )
    Defendants.               )
```

**ORDER**

It is ORDERED that defendants' motion to dismiss (Doc. No. 35) is set for submission, without oral argument, on February 20, 2008, with defendants to file their brief by February 5, 2008, and the plaintiffs to do the same by February 20, 2008.

DONE, this the 23rd day of January, 2008.

             /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE