IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES GRIDER, an individual Alabama resident; et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF AUBURN, ALABAMA, an Alabama Municipal Corporation; et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:07-cv-1031-MHT |

## PLAINTIFFS' MOTION TO DISMISS
## PARTY DEFENDANT DOUGLAS WATSON

COME NOW the Plaintiffs, Patrick James Grider, Daniel Joseph Grider, The Fourth Quarter, Inc., The Grid, Inc. and Grider, Inc. (hereinafter sometimes collectively referred to as "Plaintiffs"), and file this motion to dismiss party Defendant, Douglas Watson (hereinafter "Watson"), and show unto this Honorable Court as follows:

1. On the 21st day of November, 2007, Plaintiffs filed their complaint in the present case. (Doc. No. 1).

2. On the 21st day of January, 2008, Defendants filed a motion to dismiss Plaintiffs' complaint (Doc. No. 35). On the same date, Defendants filed answers to Plaintiffs' complaint. (Doc. Nos. 36–39).

3. On the 23rd day of January, 2008, this Honorable Court issued its 26(f) Order, requiring the parties to file their Rule 26(f) report on or before February 20, 2008. (Doc. No. 40).

4. The present case is not currently set for trial.

- 2 -

5. Plaintiff has not yet served a summons upon Watson.

6. Watson currently resides outside the jurisdiction of this Honorable Court.

7. Serving and obtaining discovery from Watson would be impracticable, cost prohibitive and would unduly burden Plaintiffs.

8. No other party would be prejudiced by allowing the dismissal of Watson.

WHEREFORE, Plaintiffs pray this Honorable Court grant Plaintiffs' motion to dismiss party Defendant Douglas Watson without prejudice.

Respectfully submitted this the 5th day of February, 2008.

WHITTELSEY, WHITTELSEY & POOLE, P.C.

     /s/ Davis B Whittelsey
BY:   DAVIS B. WHITTELSEY (WHI067)
       W. DAVID DAWSON (DAW013)
       Attorneys for Defendants
       Post Office Box 106
       Opelika, Alabama 36803-0106
       Tel.:  (334) 745-7766
       Fax:  (334) 745-7666
       E-mail: dwhittelsey@wwp-law.com
       E-mail: ddawson@wwp-law.com

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 5th day of February, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via e-mail:

Randall Morgan
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
Post Office Box 116
Montgomery, Alabama 36106-0116
(334) 834-7600

      /s/ Davis B Whittelsey _____
      DAVIS B. WHITTELSEY