IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES GRIDER, an individual Alabama resident; et al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 3:07-cv-1031-MHT |
| CITY OF AUBURN, ALABAMA, an Alabama Municipal Corporation; et al., ) ) ) ) | |
| Defendants. | |

### PLAINTIFFS' BRIEF IN SUPPORT OF MOTION TO DISMISS PARTY DEFENDANT DOUGLAS WATSON

COME NOW the Plaintiffs, Patrick James Grider, Daniel Joseph Grider, The Fourth Quarter, Inc., The Grid, Inc. and Grider, Inc. (hereinafter sometimes collectively referred to as "Plaintiffs"), and file this brief in support of Plaintiffs' motion to dismiss party Defendant, Douglas Watson (hereinafter "Watson"), and show unto this Honorable Court as follows:

### INTRODUCTION

On the 21st day of November, 2007, Plaintiffs filed their complaint in the present case. (Doc. No. 1).

On the 21st day of January, 2008, Defendants filed a motion to dismiss Plaintiffs' complaint (Doc. No. 35). On the same date, Defendants filed answers to Plaintiffs' complaint. (Doc. Nos. 36–39).

On the 23rd day of January, 2008, this Honorable Court issued its 26(f) Order, requiring the parties to file their Rule 26(f) report on or before February 20, 2008. (Doc. No. 40).

## STATEMENT OF FACTS

A statement of facts is unnecessary in the present brief, as the facts of this case have been presented to this Honorable Court within Plaintiffs' initial complaint and proposed first amended complaint.

## STANDARD OF REVIEW

"[I]ssues involving what can broadly be labeled 'supervision of litigation,'…" are to be reviewed for abuse-of-discretion. Pierce v. Underwood, 487 U.S. 552, 558 n.1 (1988) (citations omitted).

## ARGUMENT

The present case is not currently set for trial. Plaintiff has not yet served a summons upon Watson. Watson currently resides outside the jurisdiction of this Honorable Court.

Serving and obtaining discovery from Watson would be impracticable, cost prohibitive and would unduly burden Plaintiffs. No other party would be prejudiced by allowing the dismissal of Watson.

WHEREFORE, Plaintiffs pray this Honorable Court grant Plaintiffs' motion to dismiss party Defendant Douglas Watson without prejudice.

Respectfully submitted this the 5th day of February, 2008.

                          WHITTELSEY, WHITTELSEY & POOLE, P.C.

                          /s/ Davis B Whittelsey
                  BY:   DAVIS B. WHITTELSEY (WHI067)
                          W. DAVID DAWSON(DAW013)
                          Attorneys for Defendants
                          Post Office Box 106
                          Opelika, Alabama 36803-0106
                          Tel.:   (334) 745-7766
                          Fax:   (334) 745-7666
                          E-mail: dwhittelsey@wwp-law.com
                          E-mail: ddawson@wwp-law.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this the 5th day of February, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via e-mail:

Randall Morgan
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
Post Office Box 116
Montgomery, Alabama 36106-0116
(334) 834-7600

                          /s/ Davis B Whittelsey
                          DAVIS B. WHITTELSEY