IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES GRIDER, an individual Alabama resident; et al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 3:07-cv-1031-MHT |
| CITY OF AUBURN, ALABAMA, an Alabama Municipal Corporation; et al., ) ) ) ) | |
| Defendants. | |

**PLAINTIFFS' BRIEF IN SUPPORT OF MOTION TO AMEND COMPLAINT**

COME NOW the Plaintiffs, Patrick James Grider, Daniel Joseph Grider, The Fourth Quarter, Inc., The Grid, Inc. and Grider, Inc. (hereinafter sometimes collectively referred to as "Plaintiffs"), and pursuant to FED. R. CIV. P. 15, file this brief in support of motion to amend their complaint, and show unto this Honorable Court as follows:

**INTRODUCTION**

On the 21st day of November, 2007, Plaintiffs filed their complaint in the present case. (Doc. No. 1).

On the 21st day of January, 2008, Defendants filed a motion to dismiss Plaintiffs' complaint (Doc. No. 35). On the same date, Defendants filed answers to Plaintiffs' complaint. (Doc. Nos. 36–39).

On the 23rd day of January, 2008, this Honorable Court issued its 26(f) Order, requiring the parties to file their Rule 26(f) report on or before February 20, 2008. (Doc. No. 40).

On the 4th day of February, 2008, Plaintiffs filed their motion to amend their complaint to amend certain counts in the initial complaint and add additional facts and certain causes of action against Defendants.

The present case is not currently set for trial.

## STATEMENT OF FACTS

A statement of facts is unnecessary in the present brief, as the facts of this case have been presented to this Honorable Court within Plaintiffs' initial complaint and proposed first amended complaint.

## STANDARD OF REVIEW

"[I]ssues involving what can broadly be labeled 'supervision of litigation,'…" are to be reviewed for abuse-of-discretion.  Pierce v. Underwood, 487 U.S. 552, 558 n.1 (1988) (citations omitted).

## ARGUMENT

FED. R. CIV. P. 15(a) allows parties to amend pleadings upon leave of court, and leave to amend "shall be freely given when justice so requires."  Furthermore, FED. R. CIV. P. 15(d) allows parties to serve a supplemental pleading setting forth transactions which have happened since the date of the original pleading sought to be supplemented."

Since the filing the Plaintiffs' Initial Complaint, Defendants have adopted several municipal ordinances which Plaintiffs claim give rise to additional causes of legal and equitable action.

Plaintiffs have attached a copy of said proposed first amended complaint to Plaintiffs' motion to amend as "Exhibit A."

The parties would not be prejudiced by allowing such an amendment.

WHEREFORE, Plaintiffs pray this Honorable Court grant Plaintiffs' motion to amend their complaint as set forth in Exhibit A to Plaintiffs' motion to amend.

Respectfully submitted this the 5th day of February, 2008.

                              WHITTELSEY, WHITTELSEY & POOLE, P.C.

                              /s/ Davis B Whittelsey\
BY:   DAVIS B. WHITTELSEY (WHI067)\
        W. DAVID DAWSON(DAW013)\
        Attorneys for Defendants\
        Post Office Box 106\
        Opelika, Alabama 36803-0106\
        Tel.:   (334) 745-7766\
        Fax:   (334) 745-7666\
        E-mail: dwhittelsey@wwp-law.com\
        E-mail: ddawson@wwp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of February, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via e-mail:

Randall Morgan\
Hill, Hill, Carter, Franco, Cole & Black, P.C.\
425 South Perry Street\
Post Office Box 116\
Montgomery, Alabama 36106-0116\
(334) 834-7600

                              /s/ Davis B Whittelsey\
                              DAVIS B. WHITTELSEY