IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES GRIDER, an individual Alabama resident; et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF AUBURN, ALABAMA, an Alabama Municipal Corporation; et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)      3:07cv1031-MHT<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 50) and motion to amend complaint (Doc. No. 52) are set for submission, without oral argument, on February 20, 2008, with all briefs due by said date.

DONE, this the 7th day of February, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE