IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK JAMES GRIDER, an individual Alabama resident; et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:07cv1031-MHT |
| CITY OF AUBURN, ALABAMA, an Alabama Municipal Corporation; et al., | ) ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion for leave to amend brief (Doc. No. 55) is granted. The court assumes that plaintiffs have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 7th day of February, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE