IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES GRIDER, an individual Alabama resident; DANIEL JOSEPH GRIDER, an individual Alabama resident; THE FOURTH QUARTER, an Alabama corporation; THE GRID, INC., an Alabama corporation; and GRIDER, INC., an Alabama corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF AUBURN, ALABAMA, an Alabama Municipal Corporation, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO: 3:07-cv-1031-MHT<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

W. Michael Hill, Jr. hereby gives notice of appearance as counsel of record for Defendants in the above-styled case.

Respectfully submitted this 19th day of February, 2008.

                                              /s/ *W. Michael Hill, Jr.*
                                              W. MICHAEL HILL, JR. [ASB-4950-I65H]
                                              Attorney for Defendants

Hill, Hill, Carter, Franco,
       Cole & Black, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, AL 36101-0116
Telephone: 334-834-7600
Email: mhill@hillhillcarter.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2008, I have electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Davis B. Whittelsey, Esq.
W. David Dawson, Esq.
P.O. Box 106
Opelika, Alabama 36803-0106

/s/ *W. Michael Hill, Jr.*
W. Michael Hill, Jr.