IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **PATRICK JAMES GRIDER, an individual Alabama resident; DANIEL JOSEPH GRIDER, an individual Alabama resident; THE FOURTH QUARTER, an Alabama corporation; THE GRID, INC., an Alabama corporation; and GRIDER, INC., an Alabama corporation,** | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO: 3:07-cv-1031-MHT ) |
| **CITY OF AUBURN, ALABAMA, an Alabama Municipal Corporation; WILLIAM HAM, JR., an individual Alabama resident; JAMES TREY NEAL, III, an individual Alabama resident; JASON CROOK; an individual Alabama resident; CHRISTOPHER CARVER, an individual Alabama resident; SLONE MADDOX, an individual Alabama resident; JASON SPARKS, an individual Alabama resident; ANDREW MEEKS, an individual Alabama resident; THOMAS MASSEY, an individual Alabama resident; WILLIAM JAMES, an individual Alabama resident; DOUGLAS WATSON, an individual Alabama resident and CHARLES M. DUGGAN, JR., an individual Alabama resident,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO DISMISS**
**PARTY DEFENDANT DOUGLAS WATSON**

In response to this Court's Order of February 7th, 2008 (Doc. # 56), the named Defendants do not oppose Plaintiffs' Motion to Dismiss Party Defendant Douglas Watson. (*See* Plaintiffs' Motion to Dismiss Party Defendant Douglas Watson; Doc # 50.)

Respectfully submitted this 20th day of February, 2008.

/s/ *Randall Morgan*
RANDALL MORGAN [MOR037]
W. MICHAEL HILL, JR. [HIL062]
Attorneys for City of Auburn, William Ham, Jr., William Ham, Jr., James Trey Neal, III, Jason Crook, Christopher Carver, Slone Maddox, Jason Sparks, Andrew Meeks, Thomas Massey, William James, and Charles M. Duggan, Jr.

**HILL, HILL, CARTER, FRANCO,
COLE & BLACK, P.C.**
425 South Perry Street
Montgomery, AL 36104
Tel.:      (334) 834-7600
Fax:      (334) 263-5969
Email:    rmorgan@hillhillcarter.com
          mhill@hillhillcarter.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 20th day of February, 2008, I have electronically filed the foregoing Response to Plaintiffs' Motion to Dismiss Party Defendant Douglas Watson with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Davis B. Whittelsey, Esq.
W. David Dawson, Esq.
P.O. Box 106
Opelika, Alabama 36803-0106

       /s/ *Randall Morgan*
       OF COUNSEL