IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK JAMES GRIDER, an individual Alabama resident; et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:07-cv-1031-MHT |
| CITY OF AUBURN, ALABAMA, an Alabama Municipal Corporation; et al., | ) ) ) ) ) | |
| Defendants. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. **Planning Meeting.** Pursuant to FED.R.CIV.P. 26(f), a meeting was held on the 20th day of February, 2008, and was conducted by:

Davis B. Whittelsey on behalf of Plaintiffs.

Randall Morgan on behalf of Defendants except Doug Watson.

2. **Pre-Discovery Disclosures.** The parties have agreed to exchange the information required by FED.R.CIV.P. 26(a)(1) within twenty-one (21) days of the filing of this report.

3. **Discovery Plan.** Discovery will be required on the allegations made in the Plaintiffs' complaint and any amendment thereto and denials and defenses raised in the Defendants' answer and any amendment thereto. The parties jointly propose to the court the following discovery plan:

   a. All discovery shall be commenced in time to be completed by the pre-trial conference;

   b. Without leave of court or written stipulation, any party may serve upon any other party written interrogatories, not exceeding twenty-five (25) in number

including all discrete subparts, to be answered by the party served or, if the party is a public or private corporation or a partnership or association or governmental agency, by any officer or agent, who shall furnish such information as is available to the party. The party upon whom the interrogatories have been served shall serve a copy of the answers, and objections, if any, within thirty (30) days after service of the interrogatories. The period of time to respond may be extended by agreement of the parties.

      c.      Unlimited requests for production by Plaintiffs and by Defendants to any other party. The party upon whom the requests have been served shall serve a copy of the responses, and objections, if any, within thirty (30) days after service of the requests. The period of time to respond may be extended by agreement of the parties.

      d.      A total of twenty (20) requests for admissions to each party, with responses due thirty (30) days after service.

      e.      Each Plaintiff may be deposed and each Defendant may be deposed. The parties agree to allow a maximum of fifteen (15) different depositions by each side to be taken of non-parties. This limit may be extended by agreement of the parties or by leave of Court.

      f.      Each deposition, except for the individual Plaintiffs, representatives of the corporate Plaintiffs, the individual Defendants, representatives of the City and experts shall be limited to a maximum of six (6) hours unless extended by agreement of parties.

      g.      Reports from retained experts under FED.R.CIV.P. 26(a)(2) due:

            From the Plaintiffs by July 1, 2008;

            From the Defendants by August 1, 2008.

      h.      The parties agree to supplement discovery pursuant to FED.R.CIV.P. 26(e).

4. **Scheduling Conference.** The parties do not request a conference with the Court before entry of the Scheduling Order. To the extent the Court prefers to hold such a conference, the parties respectfully request it be handled telephonically.

5. **Pre-Trial Conference.** The parties request a pre-trial conference in December, 2008.

6. **Amendments and Additional Parties.**

   a. Plaintiffs are allowed until June 30, 2008, to join additional parties and amend pleadings.

   b. Defendants are allowed until July 31, 2008, to join additional parties and amend pleadings.

7. **Dispositive Motions.** All potentially dispositive motions should be filed ninety (90) days before the pre-trial conference.

8. **Potential for Settlement.** As this matter has only recently been filed, settlement cannot be evaluated at this time, although the parties are hopeful that they will be able to reach an amicable resolution of this matter and will negotiate in good faith in this regard.

9. **Witness List.** Final lists of witnesses under FED.R.CIV.P. 26(a)(3) should be due two (2) weeks before the pre-trial conference. The parties shall have ten (10) days after service of final lists of witnesses to list objections under FED.R.CIV.P. 26(a)(3).

10. **Exhibit List.** Final lists of exhibits under FED.R.CIV.P. 26(a)(3) should be due three (3) weeks before trial. The parties shall file any objections to exhibits seven (7) days prior to trial.

11. **Trial Term.** This case should be ready for trial during this Court's first available term in 2009.

12. **Length of Trial.**  At this time, trial of this case is expected to take approximately one (1) week.

Respectfully submitted this the 20th day of February, 2008.

                WHITTELSEY, WHITTELSEY & POOLE, P.C.

                /s/ Davis B. Whittelsey
BY:   DAVIS B. WHITTELSEY (WHI067)
        Attorneys for Plaintiffs
        Post Office Box 106
        Opelika, Alabama 36803-0106
        Tel.:   (334) 745-7766
        Fax:   (334) 745-7666
        E-mail:dwhittelsey@wwp-law.com

                HILL, CARTER, FRANCO, COLE, & BLACK, P.C.

                /s/ Randall Morgan
BY:   Randall Morgan (MOR8350)
        Attorneys for Defendants
        Post Office Box 116
        Montgomery, Alabama 36101-0116
        Tel.:   (334) 834-7600
        Fax:   (334) 263-5969
        E-mail:rmorgan@hillhillcarter.com