IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES GRIDER, an individual Alabama resident; et al., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF AUBURN, ALABAMA, )<br>an Alabama Municipal )<br>Corporation; et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:07cv1031-MHT |

**ORDER**

There being no objection, it is ORDERED that the motion to amend complaint (Doc. No. 52) is granted.

DONE, this the 17th day of March, 2008.

           /s/ Myron H. Thompson
     **UNITED STATES DISTRICT JUDGE**