IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK JAMES GRIDER, an individual Alabama resident; et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:07cv1031–MHT |
| CITY OF AUBURN, ALABAMA, an Alabama Municipal Corporation; et al., | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' FIRST REQUEST FOR PRODUCTION

COMES NOW the Plaintiffs, Patrick James Grider, Daniel Joseph Grider, The Fourth Quarter, Inc., The Grid, Inc. and Grider, Inc. (hereinafter sometimes collectively referred to as "Plaintiffs"), by and through the undersigned attorneys, and pursuant to FED. R. CIV. P. 34, and files this First Request for Production of Documents directed to Defendants. Plaintiffs request Defendants to produce and permit Plaintiffs to inspect and/or copy the documents, items, and/or things set forth herein within the time allowed by law.  Thus, please produce the following:

1.       Each and every incident offense report which in any matter whatsoever references, regards, concerns, relates to any of the Plaintiff's and/or any alleged violation of laws occurring at the premises located at 136 West Magnolia Avenue, Auburn, Alabama, where the Skybar Café is currently doing business and the premises located at 1400 Opelika Road, Auburn, Alabama, where The Highlands is currently doing business.

2.      True and correct copies of any and all guidelines, manuals, pamphlets, directives, operating procedures, employment manuals issued and/or which govern in any manner whatsoever any and all police officers for the City of Auburn for the calendar years from 2001 up to and including the date of this request.

3.      True and correct copies of the entire files of the City of Auburn and/or the City of Auburn Department of Public Safety which in any manner whatsoever concern, regard, refer to and/or relate to the assignment of any and all occupancies numbers for The Highlands and/or The Sky Bar, including but not limited to:  any and all procedures, calculations, diagrams, schematics, code sections, drawings, letters, fax transmittals, e-mails, and/or any and all other documents which in any matter whatsoever concern the assignment of occupancy numbers for the above stated premise.

4.      True and correct copies of any and all warrants and/or complaints and/or citations issued against Pat Grider, Dan Grider and/or any and all individuals alleged to have been acting on behalf of The Fourth Quarter, Inc. and/or The Grid and/or Grider, Inc. and/or any and all such persons alleged to be acting within the scope of their employment for the Skybar Café and/or The Highlands and/or The Tavern.

5.      True and correct copies of any and all documents which in any matter whatsoever reference, regard, concern, relate to any and all investigations alleged to have been conducted and/or authorized against any of the Plaintiffs by the City of Auburn and/or the City of Auburn Police Department and/or the City of Auburn Department of Public Safety.

6.      True and correct copies of any and all documents, items and/or things which in any manner regard, refer to, reference and/or relate to the investigation of Pat

Grider, Dan Grider and/or The Sky Bar, as referenced in paragraphs 64–70 of Plaintiffs' first amended complaint, and more specifically, which gave rise to a charge of bribery and/or attempted bribery against Pat Grider as previously pending in the District Court of Lee County, Alabama in Case Number DC–05–2694. Therefore, please produce true and correct copies of any and all such documents, items and/or things authorizing any and all investigations through any department of the Auburn Police Department of any of the Plaintiffs in the above entitled action.

6.    True and correct copies of any and all documents, items and/or things which in any manner regard, refer to, reference and/or relate to the investigation of Pat Grider, Dan Grider and/or The Sky Bar, as referenced in paragraphs 64–70 of Plaintiffs' first amended complaint, and more specifically, which gave rise to a charge of bribery and/or attempted bribery against Pat Grider as previously pending in the District Court of Lee County, Alabama in Case Number DC–05–2694. Therefore, please produce true and correct copies of any and all such documents, items and/or things authorizing any and all investigations through any department of the Auburn Police Department of any of the Plaintiffs in the above entitled action.

7.    True and correct copies of any and all documents, items and/or things which in any manner regard, refer to, reference and/or relate to the charges of overcrowding against any Defendants, as referenced in Plaintiffs' first amended complaint. Therefore, please produce true and correct copies of any and all such documents, items and/or things authorizing any and all investigations through any department of the Auburn Police Department of any of the Plaintiffs in any of the above referenced actions.

8.   True and correct copies of any and all documents, items and/or things including but not limited to any and all letters, correspondences, licenses, permits, applications for permits, citations, code sections, e-mails, fax transmittals, and/or any and all documents which in any manner whatsoever regard, reference, and/or relate to any and all altercations and/or modifications made by and/or requested to be made by the Plaintiffs of the premises located at 136 West Magnolia Avenue, Auburn, Alabama, currently housing the Skybar Café and/or the premises located at 1400 Opelika Road, Auburn, Alabama, currently housing The Highlands and/or the premises located at 1310 Opelika Road, Auburn, Alabama, currently housing The Tavern.

9.   True and correct copies of any and all documents, items and/or things including but not limited to any and all reports, audits, letters, fax transmittals, e-mails, financial documents and/or any and all matters which in any manner whatsoever concern, reference and/or regard any and all audits conducted by and/or at the request of the City of Auburn of any of the Plaintiffs and/or the Plaintiffs establishment for any reasons whatsoever.

10.   True and correct copies of any and all warrants, complaints, case action summary sheets, incident offense reports, narratives, case action summaries and/or any and all other documents regarding, referencing and/or relate to any and all criminal and/or quasi-criminal charges brought against Pat Grider and/or Dan Grider at any time since the calendar year 2000 up to and including the date of this request within the City of Auburn Municipal Court.

10.   True and correct copies of any and all audio and/or video recordings which in any manner whatsoever report to contain the visual and/or audio impression of

Pat Grider, Dan Grider and/or any establishment listed within the Complaint including but not limited to the Blue Room, the Skybar, The Highlands and The Tavern.

11.    True and correct copies of any and all video and/or audio which in any manner whatsoever concern, refer to and/or regard any of the Plaintiffs named in this cause of action in which are in the care, custody and/or control of the City of Auburn and/or any of the Defendants named in this action.

12.    True and correct copies of any and all dispatch and/or NEXTEL logs of each and every incident involving the arrest and/or citation of any Plaintiffs.

13.    True and correct copies of all correspondence between any Defendants which mention, discuss, reference or allude to any of the Plaintiffs.

Respectfully submitted this the 28th day of March, 2008.

WHITTELSEY, WHITTELSEY & POOLE, P.C.


/s/ Davis B Whittelsey

BY:    DAVIS B. WHITTELSEY(WHI067)
       W. DAVID  DAWSON(DAW013)
       Attorneys for Defendants
       Post Office Box 106
       Opelika, Alabama 36803-0106
       Tel.:    (334) 745-7766
       Fax:    (334) 745-7666
       E-mail: dwhittelsey@wwp-law.com
       E-mail: ddawson@wwp-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 28th day of March, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via e-mail:

Randall Morgan
HILL, CARTER, FRANCO, COLE & BLACK, P.C.
425 South Perry Street
Post Office Box 116
Montgomery, Alabama 36106-0116
(334) 834-7600

/s/ Davis B Whittelsey
DAVIS B. WHITTELSEY