IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

PATRICK JAMES GRIDER, an       )
individual Alabama             )
resident; et al.,              )
                               )
   Plaintiffs,                 )
                               )   CIVIL ACTION NO.
  v.                           )    3:07cv1031-MHT
                               )
CITY OF AUBURN, ALABAMA,       )
an Alabama Municipal           )
Corporation; et al.,           )
                               )
   Defendants.                 )

## ORDER

It is ORDERED that the motion to dismiss (Doc. No. 73) is set for submission, without oral argument, on April 28, 2008, with all briefs due by said date.

DONE, this the 15th day of April, 2008.

                     /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE