IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **PATRICK JAMES GRIDER**, an individual Alabama resident; **DANIEL JOSEPH GRIDER**, an individual Alabama resident; **THE FOURTH QUARTER**, an Alabama corporation; **THE GRID, INC.**, an Alabama corporation; and **GRIDER, INC.**, an Alabama corporation,<br><br>**Plaintiffs**,<br><br>v.<br><br>**CITY OF AUBURN, ALABAMA**, an Alabama Municipal Corporation; et al.,<br><br>**Defendants.** | NO: 3:07-cv-1031-MHT |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION

COME NOW the Defendants and show unto the Court that on March 28, 2008, Plaintiffs propounded Requests for Production to the Defendants, responses to which are due April 28, 2008. The requests are extensive. The Defendants are in the process of responding to said discovery but additional time is needed to complete, review and finalize the responses. The Defendants respectfully request an extension of fourteen (14) days, or until May 12, 2008 in which to answer, object, and/or respond to Plaintiffs' discovery requests. The undersigned shows unto the Court that he has communicated with the attorney for the Plaintiffs and been advised the Plaintiffs have no objection to this Motion for Extension.

WHEREFORE, these premises prayed, Defendants move this Court to enter

an Order allowing them an additional fourteen (14) days, or until May 12, 2008, in which to respond, answer, and/or submit objections to Plaintiffs' Request for Production.

        */s/ Randall Morgan*
RANDALL MORGAN [MOR037]
W. MICHAEL HILL, JR. [HIL062]
Attorneys for Defendant City of Auburn, Alabama, William Ham, Jr., James Trey Neal, III, Jason Crook, Christopher Carver, Slone Maddox, Jason Sparks, Andrew Meeks, Thomas Massey, William James, and Charles M. Duggan, Jr.

OF COUNSEL:
**HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.**
425 South Perry Street
Montgomery, Alabama 36104
(334) 834-7600
(334) 263-5969...FAX

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 25th day of April, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Davis B. Whittelsey, Esq.
Whittelsey, Whittelsey & Poole, P.C.
P.O. Box 106
Opelika, Alabama 36803-0106

        */s/ Randall Morgan*
OF COUNSEL