IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK JAMES GRIDER, an individual Alabama resident; et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:07-cv-1031-MHT |
| CITY OF AUBURN, ALABAMA, an Alabama Municipal Corporation; et al., | ) ) ) ) | |
| Defendants. | | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

COME NOW the Plaintiffs, Patrick James Grider, Daniel Joseph Grider, The Fourth Quarter, Inc., The Grid, Inc. and Grider, Inc. (hereinafter sometimes collectively referred to as "Plaintiffs"), and file this motion to extend the time to file the Plaintiffs' Brief, and show unto this Honorable Court as follows:

1. On the 15th day of April, 2008, this Honorable Court issued an ORDER to the Plaintiffs to file a brief on the issue of Defendants motion to Dismiss (Doc. No. 73). (Doc. No. 78)

2. On the 14th day of April, 2008, Defendants undersigned attorney began a complex civil trail in the Circuit Court of Lee County, Alabama (McMenamin v. Robert Brown, M.D., et al., CV-05-604). This trial is ongoing and is expected to last into the later part of next week. The aforementioned trial has consumed much of the undersigned counsel's time and resources.

3. The Defendants do not oppose this Honorable Court granting an extension of time for the Plaintiffs to file their brief in opposition to the Defendants' motion to Dismiss (Doc. No. 73).

WHEREFORE, Plaintiffs pray this Honorable Court grant Plaintiffs' motion to extend the time for the Plaintiffs to file their brief in support of their motion in opposition to the Defendant's motion to dismiss.

Respectfully submitted this the 25th day of April, 2008.

WHITTELSEY, WHITTELSEY & POOLE, P.C.

/s/ W. David Dawson
BY: DAVIS B. WHITTELSEY (WHI067)
W. DAVID DAWSON (DAW013)
Attorneys for Defendants
Post Office Box 106
Opelika, Alabama 36803-0106
Tel.:   (334) 745-7766
Fax:   (334) 745-7666
E-mail: dwhittelsey@wwp-law.com
E-mail: ddawson@wwp-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 25th day of April, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via e-mail:

Randall Morgan
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
Post Office Box 116
Montgomery, Alabama 36106-0116
(334) 834-7600

/s/ W. David Dawson
W. DAVID DAWSON