IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES GRIDER, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | CIVIL ACTION NO. 3:07cv1031-MHT |
| ) | |
| CITY OF AUBURN, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of Defendants' Unopposed Motion for Extension (Doc. #80) and for good cause, it is

ORDERED that the Motion (Doc. #80) is GRANTED. Defendants shall have until on or before 12 May 2008 in which to answer, object, and/or respond to Plaintiff's discovery requests.

DONE this 28th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE