IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
PATRICK JAMES GRIDER, an      )
individual Alabama            )
resident; et al.,             )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )    3:07cv1031-MHT
                              )
CITY OF AUBURN, ALABAMA,      )
an Alabama Municipal          )
Corporation; et al.,          )
                              )
    Defendants.               )
```

## ORDER

It is ORDERED as follows:

(1) The motion for extension of time (doc. no. 81) is granted.

(2) The motion to dismiss (Doc. No. 73) is reset for submission, without oral argument, on May 9, 2008, with all briefs due by said date.

DONE, this the 28th day of April, 2008.

                       /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE