IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES GRIDER, an individual Alabama resident; DANIEL JOSEPH GRIDER, an individual Alabama resident; THE FOURTH QUARTER, an Alabama corporation; THE GRID, INC., an Alabama corporation; and GRIDER, INC., an Alabama corporation, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO: 3:07-cv-1031-MHT ) |
| CITY OF AUBURN, ALABAMA, an Alabama Municipal Corporation; WILLIAM HAM, JR., an individual Alabama resident; JAMES TREY NEAL, III, an individual Alabama resident; JASON CROOK; an individual Alabama resident; CHRISTOPHER CARVER, an individual Alabama resident; SLONE MADDOX, an individual Alabama resident; JASON SPARKS, an individual Alabama resident; ANDREW MEEKS, an individual Alabama resident; THOMAS MASSEY, an individual Alabama resident; WILLIAM JAMES, an individual Alabama resident; and CHARLES M. DUGGAN, JR., an individual Alabama resident, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO RESPOND**

The Defendants respectfully request that this Honorable Court grant them leave to file a response to the Plaintiffs' brief entitled Brief in Support of Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss Plaintiff's [sic] First Amended Complaint (Doc. # 84). The Defendants would show unto this Court that there are germane issues of law outstanding, and their response would be

helpful in a complete resolution of the matter.

                                    Respectfully Submitted,

                                      /s/    *Randall Morgan*
                                    RANDALL MORGAN [MOR037]
                                    W. MICHAEL HILL, JR. (HIL062)
                                    Attorneys for the Defendants

OF COUNSEL:

Hill, Hill, Carter,
      Franco, Cole & Black, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, Alabama 36101-0116
334-834-7600- Telephone
334-263-5969 - Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 16tth day of May, 2008, I have electronically filed the foregoing Motion for Leave to File Respond with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Davis B. Whittelsey, Esq.
Whittelsey, Whittelsey & Poole, P.C.
P.O. Box 106
Opelika, Alabama 36803-0106

                                      /s/    *Randall Morgan*
                                      OF COUNSEL