IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
PATRICK JAMES GRIDER, an      )
individual Alabama            )
resident; et al.,             )
                              )
    Plaintiffs,               )
                              )   CIVIL ACTION NO.
    v.                        )     3:07cv1031-MHT
                              )
CITY OF AUBURN, ALABAMA,      )
an Alabama Municipal          )
Corporation; et al.,          )
                              )
    Defendants.               )
```

**ORDER**

It is ORDERED as follows:

(1) The motion for leave to respond (doc. no. 85) is granted.

(2) The response is due within seven days from the date of this order.

DONE, this the 19th day of May, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE