IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES GRIDER, an individual Alabama resident; DANIEL JOSEPH GRIDER, an individual Alabama resident; THE FOURTH QUARTER, an Alabama corporation; THE GRID, INC., an Alabama corporation; and GRIDER, INC., an Alabama corporation, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO: 3:07-cv-1031-MHT ) |
| CITY OF AUBURN, ALABAMA, an Alabama Municipal Corporation, et al., | ) ) ) |
| Defendants. | ) |

## **SECTION 8 DISCLOSURES**

COME NOW the Defendants and in compliance with Section 8 of the Court's Uniform Scheduling Order, herewith disclose the identify of the following persons who may be used at trial to present evidence under Rule 701, Rule 702, Rule 703, or Rule 705 of the Federal Rules of Evidence:

    1.    Defendants have no retained experts at this point.

    2.    Defendants may use the following witnesses to present evidence at trial under Rule 701, Rule 702, Rule 703 and Rule 705 of the Federal Rules of Evidence:

        a.    William (Bill) James, c/o City of Auburn, Auburn, Alabama.

        b.    Andrew Meeks, c/o City of Auburn, Auburn, Alabama.

        c.    Defendants reserve the right to use any person listed by Plaintiffs in Plaintiffs' Rule 26(a)(1) Disclosures.

/s/ *Randall Morgan*
RANDALL MORGAN [MOR8350]
Attorney for Defendants

OF COUNSEL:
Hill, Hill, Carter, Franco,
        Cole & Black, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, AL 36101-0116
334-834-7600

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of August, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Davis B. Whittelsey, Esq.
W. David Dawson, Esq.
P.O. Box 106
Opelika, Alabama 36803-0106

/s/ *Randall Morgan*
OF COUNSEL