IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES GRIDER, et al. )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF AUBURN, ALABAMA, )<br>et al., )<br>)<br>Defendants. ) | Case No.: 3:07-cv-1031-MHT |

### DEFENDANTS' SUPPLEMENTAL SECTION 8 DISCLOSURES

The Defendants submit to this Court their supplemental Section 8 disclosures pursuant to the Court's Uniform Scheduling Order. The following persons may be used at trial to present evidence under Rules 701, 702, 703, or 705 of the *Federal Rules of Evidence*:

1. Robert Scott Williams, retained expert. A copy of Expert Report of Robert Scott Williams and Mr. Williams' Curriculum Vitae is attached hereto as Exhibit "A."

2. Defendants may use the following witnesses to present evidence at trial under Rules 701, 702, 703, or 705 of the *Federal Rules of Evidence*:

    d. Frank deGraffenried, c/o City of Auburn, Auburn, Alabama.

Respectfully submitted,

/S/ W. Michael Hill, Jr.
Randall Morgan [mor8350]
W. Michael Hill, Jr. [hil062]
Attorneys for Defendants

OF COUNSEL:
Hill, Hill, Carter, Franco,
Cole & Black, P.C.
425 South Perry Street
Post Office Box 116
Montgomery, Alabama 36101-0116
334-834-7600

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 4th day of August 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and have placed a copy of same in the United States Mail, first-class postage prepaid to the following:

David B. Whittelsey, Esq.
W. David Dawson, Esq.
P.O. Box 106
Opelika, Alabama 36803-0106

                                                /S/ W. Michael Hill, Jr.
                                                OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES GRIDER, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) NO: 3:07-cv-1031-MHT |
| | ) |
| CITY OF AUBURN, ALABAMA, et al. | ) |
| | ) |
| Defendants. | ) |

**EXPERT REPORT OF**
**ROBERT SCOTT WILLIAMS**

**Background and Experience:**

My name is Robert Scott Williams. I am an architect in good standing with the Alabama Board for Registration of Architects and the principal of R. Scott Williams & Associates. I am also a licensed General Contractor and registered in Landscape Design and Setting of Landscape Plants. I have over forty (40) years of experience in the field of architecture. I was the Past-President of the Montgomery Chapter of the American Institute of Architects, and Past-President of the Alabama Council of the American Institute of Architects. A copy of my C.V. is attached.

I have provided expert testimony in the following cases: *J.B. Crosby vs. Southern Star Lodging*; *Bargainier-Davis-Sims vs. UAB Medical*; *Mark Wassweiler, vs. Mark Mooney Construction*; *Gary Arnette vs. Ray Givens*; and *Sybil Dees vs. Darla Sasser*. I do not have any published articles within ten (10) years of the date of this Report.

EXHIBIT "A"

I have been retained by Randall Morgan of the law firm Hill, Hill, Carter, Franco, Cole & Black, P.C., to interpret the Standard Building Code ("SBC"), International Building Code ("IBC") 2003 & 2006, and International Fire Code ("IFC") in application to property owned by the Griders. My hourly rate is $140.00.

I have reviewed the SBC 1991 - 2000, and the IBC 2003 & 2006 to substantiate this opinion. I have also reviewed plans of the Sky Bar submitted to Auburn by the Griders and drafted by Fields Company Architects, Inc., photographs of the Sky Bar, correspondence between the Griders and Auburn, the building permit issued to Pat Grider for the Sky Bar, and all materials submitted to Auburn by the Griders for calculation of an occupancy number for the Sky Bar.

**Opinions**:

The entertainment facility known as the Sky Bar in Auburn, Alabama is and should be considered assembly occupancy, A-2, under the IBC 2003 building code. I do not think that there is any question about this between either party as evidenced by the August 16, 2005 building permit issued to Pat Grider. The building occupancy is Group "A."

It is my opinion that the City of Auburn has correctly interpreted the IBC by using seven square feet per person as the minimum allowable space for the purpose of life safety. This assessment is normal and customary and is within the scope of authority usually provided to a local building official. Additionally, the

City of Auburn is correct in applying the seven square feet minimum to all Assembly A-2 facilities.

It should be noted that the inherent responsibility and authority for the interpretation and enforcement of the IBC by a building official is clearly set out in the technical building codes dating back to 1991, the oldest code we have available to refer to. These duties and powers are to gain compliance for life safety, health and welfare for all buildings within their jurisdiction.

It should be noted that the owners' reference to five square feet per person is based on criteria of complete compliance with the IBC 2003. It is worth noting that this exception was deleted during the subsequent revision of the International Building Code.

As to the owners' position that unaltered existing space is to be calculated by a different code, namely the International Fire Code, I do not agree with the application of this resource. According to the documents provided by the owners, namely the building permit, it is my opinion that every square inch of every square foot is affected by new construction. It is my understanding that the new sprinkler and fire alarm systems were implemented throughout this property.

As to the issue of calculating one property as two separate areas, it is my opinion that the City of Auburn is correct in that:

1. The use of the building and subsequent occupancy is established in two phases by the owners' chosen process.

2. The area adjacent to the interior stair in the plans does not appear to accommodate the correct capacity as set forth in Section 1024 Assembly of the IBC. See 1024.2 1024.3 of the IBC. This would apply to one contiguous area and would require considerable additional alterations to achieve this condition. The City of Auburn has again interpreted the conditions with a responsible decision for life safety and the use of the property.

Additionally, there is a problem with the exits at the north end of the second phase area. The level travel that is required on both sides of a required exit is not correct in that it does not appear to commence and slope as required by Section 1008.1.4 of the IBC. These two exits would not ordinarily be accepted until they are in compliance.

It is my opinion that the City of Auburn is correct in its interpretation of the IBC based on the limited information delineated by the owners' documents. It is the owners' responsibility to present an accurate depiction of the intended use of the property. It is unreasonable to assert that the City of Auburn would arbitrarily interfere in commerce when its revenue stream would be adversely affected. It is reasonable that the City of Auburn acted accurately and responsibly with regard for life safety.

Respectfully submitted,

_____
Robert Scott Williams, AIA



**R. SCOTT WILLIAMS**     **& ASSOCIATES**

ARCHITECTS/PLANNERS/FACILITIES MANAGEMENT    office   334-269-9918
445 South Hull Street     Montgomery, AL 36104     fax     334-265-0462

## RESUME'

R. Scott Williams, AIA
3339 Boxwood Drive
Montgomery, Alabama

*Date of Birth:*     September 28, 1951, Montgomery, Alabama

*Office Location:*     445 South Hull Street
Montgomery, Alabama 36104

*Education:*     Auburn University Fine Arts Building Science
Auburn University Montgomery
West Georgia College Carrollton, Georgia
High School: Berry Academy, Rome, Georgia

*Licenses/Certifications:*
    Registered Architect, Alabama Registration #2926
    Licensed General Contractor, Alabama Registration #19090
    Registered in Landscape Design and Setting of Landscape Plants,
       Alabama Permit # 166344

*Experience:*
    Forty years of architectural experience.
    Sixteen years of experience in the general construction.
    Six years of experience in landscape design and setting of plants.

*Professional Memberships and Award:*
    Principal in the firm of R. Scott Williams Architects
    Principal in Williams Nursery
    Past President Montgomery Chapter American Institute of Architects
    Past President Alabama Council American Institute of Architects
    Board of Directors Alabama Architectural Foundation
    Board of Directors Montgomery Kiwanis Club
    2004 American Institute of Architects Accolade Award

*Expert Witness:*
    Testified as an expert in cases involving the design and construction of commercial buildings, single family homes, drainage and landscape problems in Montgomery County, Elmore County, Lowndes County, and Jefferson County.