```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


PATRICK JAMES GRIDER,          )
 et al.,                       )
                               )
     Plaintiffs,               )
                               )        CIVIL ACTION NO.
     v.                        )          3:07cv1031-MHT
                               )              (WO)
CITY OF AUBURN,                )
 et al.,                       )
                               )
     Defendants.               )
```

ORDER

Upon consideration of the parties' motions in limine, objections, and notice (Doc. Nos. 136, 139, 140, 142-158), it is ORDERED that counsel for all parties are to do the following:

(1) Meet, in person, by no later than June 5, 2009, to attempt to resolve the motions, objections, and notice; and

(2) File a jointly prepared report by June 10, 2009, (a) as to which issues in the motions, objections, and notice are resolved and which ones remain unresolved and

(b), for each and every unresolved issue, setting forth in detail the position of each side.

DONE, this the 2nd day of June, 2009.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE