IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
PATRICK JAMES GRIDER, an     )
individual Alabama           )
resident,                    )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        3:07cv1031-MHT
                             )             (WO)
CHRISTOPHER CARVER, an       )
individual Alabama           )
resident,                    )
                             )
    Defendant.               )
```

## JUDGMENT

On the 17th day of February, 2011, after this cause had been presented to a jury, a verdict was returned as follows:

    1. May plaintiff Patrick James Grider recover on his <u>federal</u> malicious prosecution claim against defendant Christopher Carver?

        Yes _____

        No    X

    2. May plaintiff Patrick James Grider recover on his <u>state</u> malicious prosecution claim against defendant Christopher Carver?

```
        Yes  _____

        No    X
```

**XXX**

SO SAY WE ALL.

DONE, this the   17   day of February, 2011.

```
                    /s/ Robert P. Simpkins
                         FOREPERSON
```

It is therefore the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of defendant Christopher Carver and against plaintiff Patrick James Grider, with plaintiff Patrick James Grider taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Patrick James Grider, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 25th day of February, 2011.**

                                     <u>/s/ Myron H. Thompson</u>
                                     **UNITED STATES DISTRICT JUDGE**